HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUAN CARLOS MONTALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:15-MJ-0024 CMK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **RESCHEDULING DETENTION HEARING** |
| | ) | |
| JUAN CARLOS MONTALBO, | ) | |
| | ) | Date:   December 14, 2015 |
| Defendant. | ) | Time:   2:00 p.m. |
| | ) | Judge:  Hon. Allison Claire |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Juan Carlos Montalbo, that the detention hearing scheduled for December 14, 2015, may be continued to December 16, 2015, at 2:00 p.m., before the duty magistrate judge.

/////

/////

/////

-1-

Defense counsel discovered a scheduling conflict after he asked to set the hearing Monday. The parties and pretrial are all available for a hearing Wednesday December 16 at 2:00 p.m.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   December 10, 2015          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JUAN MONTALBO


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:   December 10, 2015          /s/  T. Zindel for M. Morris
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney


**O R D E R**

The detention hearing is rescheduled for December 16, 2015, at 2:00 p.m., before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   December 11, 2015          _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE