FILED
December 16
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:15MJ00024-CMK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JUAN CARLOS MONTALBO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JUAN CARLOS MONTALBO__ , Case No. __3:15MJ00024-CMK__ , Charge __18USC § 1343 & 1349__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

✓   Bail Posted in the Sum of $ __100,000__

  ✓   Unsecured Appearance Bond  remainder

  __   Appearance Bond with 10% Deposit

  __   Appearance Bond with Surety

  __   Corporate Surety Bail Bond

  ✓   (Other)       __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 16, 2015__ at __2:00 pm__ .

By _____
Allison Claire
United States Magistrate Judge

Original - U.S. Marshal